IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAMUEL LEE CARTER                                                              PLAINTIFF

vs.                                         Civil No. 1:18-cv-01039

NANCY BERRYHILL                                                DEFENDANT
Acting Commissioner, Social Security Administration

## **MEMORANDUM OPINION**

     Before the Court is Plaintiff's Complaint. ECF No. 1. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 5.[1] Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

**1. Discussion:**

     Plaintiff filed a complaint on July 9, 2018. ECF No. 1. Summons were issued and returned to Plaintiff for service on Defendant, the Social Security Administration Commissioner, the U.S. Attorney, and the U.S. Attorney General. ECF No. 4. Plaintiff failed to meet the requirements of Rule 4(l) of the Federal Rules of Civil Procedure, requiring the person serving process to make proof of service thereof to the court and Rule 4(m) requiring service of the summons and complaint upon a defendant within 120 days after the filing of the complaint.

     On February 11, 2019, this Court issued an Order To Show Cause and ordered Plaintiff to show cause, within fourteen (14) days of the Order, why the action against Defendant Social Security

---

[1] The docket numbers for this case are referenced by the designation "ECF No. \_\_\_\_" The transcript pages for this case are referenced by the designation "Tr."

Administration should not be dismissed without prejudice for failure to prosecute. ECF No. 6. Plaintiff has failed to comply or respond to this Order.[2]

**2. Conclusion:**

Based on the foregoing, the undersigned finds the Plaintiff has failed to show cause why the action against Defendant Social Security Administration should not be dismissed without prejudice for failure to prosecute. Accordingly, the Court **DISMISSES** Plaintiff's Complaint without prejudice for failure to comply with an order of the Court and failure to prosecute this action.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 26th day of February 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[2]The Court would also note Plaintiff counsel failed to respond to an email sent from the Court on February 4, 2019 wherein Plaintiff counsel was informed that if he intended to pursue this matter, summons would have to be re-issued from the Clerk, otherwise, the matter will be subject to dismissal.