IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAMUEL LEE CARTER                                                    PLAINTIFF

vs.                              Civil No. 1:18-cv-01039

NANCY BERRYHILL                                                    DEFENDANT
Acting Commissioner, Social Security Administration

## J U D G M E N T

For the reasons set forth in the Memorandum Opinion entered on this date, the Court

**DISMISSES** Plaintiff's Complaint (ECF No. 1) without prejudice.

**IT IS SO ORDERED this 26th day of February 2019.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE